(FORM DD)

U. S. BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dane Michael Vandervoort,
                Debtor.

Bky No. 18-41071 - KHS

SouthPoint Financial Credit Union,
                Plaintiff,

vs.

Dane Michael Vandervoort,
                Defendant.

**Adv. No. 18-04090**

## UNSWORN DECLARATION
## FOR PROOF OF SERVICE

Kari Gleisner, employed by Gislason & Hunter LLP, attorney(s) licensed to practice law in this court, with office address of 2700 South Broadway, P.O. Box 458, New Ulm, Minnesota 56073, declares that on **July 5, 2018**, I served the annexed **Adversary Summons and Complaint** upon each of the entities named below by mailing to each of them a copy thereof by enclosing the same in an envelope with first class mail postage prepaid and depositing same in the post office at New Ulm, Minnesota, addressed to each of them as follows:

| *Certified Mail Return Receipt Requested and U.S. Mail* | *U.S. Mail* | *U.S. Mail* |
|---|---|---|
| Dane Michael Vandervoort<br>130 Douglas Ave E<br>Hector, MN 55342-1023 | Thomas A. Jones<br>Jones & Patock PA<br>P. O. Box 1051<br>516 Litchfield Ave SW<br>Willmar, MN 56201 | US Trustee<br>1015 US Courthouse<br>300 S 4th St<br>Minneapolis, MN 55415 |

And I declare, under penalty of perjury, that the foregoing is true and correct.

Executed: July l5, 2018                  /e/ Kari Gleisner

2482886.1