UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dane Michael Vandervoort,

    Debtor.

BKY 18-41071

---

SouthPoint Financial Credit Union,

    Plaintiff,

ADV 18-04090

v.

**JUDGMENT**

Dane Michael Vandervoort,

    Defendant.

---

This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Kathleen H. Sanberg, Chief United States Bankruptcy Judge, presiding.

It is therefore Ordered and Adjudged: Judgment is entered against Defendant Dane Michael Vandervoort and in favor of Plaintiff SouthPoint Financial Credit Union in the amount of $33,018.90.

| | | |
|---|---|---|
| Dated: | August 22, 2018 | Lori A. Vosejpka |
| At: | Minneapolis, Minnesota | Clerk of Bankruptcy Court |

By: /e/ Lynn M. Hennen

Lynn M. Hennen
Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *08/22/2018*
Lori Vosejpka, Clerk, by LH